CASE NO. 23-1268

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PANOCHE ENERGY CENTER, LLC,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator of the U.S. Environmental Protection Agency, in his official capacity; and MARTHA GUZMAN ACEVES, Regional Administrator of the U.S. Environmental Protection Agency, Region IX

Respondents.

*On Appeal from the U.S. Environmental Protection Agency*
*Permit No. R9UIC-CA1-FY17-2R*

**DECLARATION OF BRIAN RAHMAN
IN SUPPORT OF PETITIONER'S MOTION FOR STAY**

K&L GATES LLP
Ankur K. Tohan, WSBA No. 36752
J. Timothy Hobbs, WSBA No. 42665
Shelby R. Stoner, WSBA No. 52837
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: 206-623-7580
ankur.tohan@klgates.com
tim.hobbs@klgates.com
shelby.stoner@klgates.com

*Attorneys for Petitioner*

I, Brian Rahman, declare under penalty of perjury the following:

1. My name is Brian Rahman. I am over the age of 18 years, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Since 2006, I have served as ZGlobal's Vice President of Power Engineering. ZGlobal provides support services to Panoche Energy Center, LLC ("Panoche"), an electrical generation facility located near Firebaugh, California, which is at issue in this proceeding (the "Facility").

3. I hold a Bachelor of Science in Electrical Engineering from Washington State University and am a Professional Electrical Engineer registered in the State of California.

4. Throughout my 30-plus year career, I have gained expertise in areas of electrical engineering, management of market systems, operations, design and technology updates, and project coordination in a variety of utility and energy-related disciplines. Before I was ZGlobal's Vice President of Power Engineering, I worked as an electrical engineer for Pacific Gas & Electric ("PG&E") for about six years; I then worked as a manager for California Independent System Operator ("CAISO") for more than nine years. CAISO is the principal nonprofit corporation that manages the flow of electricity across California's power lines, making up 80%

of California's power grid. A true and correct copy of my resume is attached hereto as <u>Exhibit A</u>.

### **Peaker Plants Like Panoche Stabilize and Provide Reliability to California's Electric Grid**

5. Panoche is one of about 80 gas-fired "peaker" power plants in California, which play a pivotal role in meeting statewide electric demands. Peaker plants are designed to come on-line and ramp up quickly to meet peak demand on a daily basis and to support the grid when demand exceeds the supply of renewable energy or when a power source unexpectedly has an outage. Peaker plants provide a critical role in stabilizing and ensuring the reliability of California's electric grid.

6. To explain why peaker facilities are so critical, it helps to understand the energy resource mix across California. Certain energy sources, such as geothermal and nuclear, typically have fixed output and run all day long. Hydro electric facilities do the same during periods of high run-off when there is an abundance of water. Other renewable sources, such as wind and solar, are more intermittent and may cut out suddenly—for example, when thunderclouds roll in and prevent the generation of solar power. In addition, some renewables start to degrade when the weather gets too hot, such as geothermal (and sometimes even solar), which also reduces power production. Taken together, these renewable and non-renewable power sources typically meet about 90% of California's daily demand.

7. This leaves about a 10% daily demand deficit, which is currently

satisfied by peaker plants like Panoche. Peaker plants, unlike renewable sources of energy, are not designed to run all day long. Instead, they are designed to ramp up quickly, provide output for a few hours during peak demand, and then ramp back down and go off-line when they are no longer needed.

8. Until additional renewable energy and energy storage are deployed throughout California, peaker plants are essential to ensuring that the electric grid can meet current energy demands throughout the state. In other words, the transition to 100% renewable and carbon-free electricity relies on peaker plants like Panoche—a trusted and dependable source of power that satisfies peak demand, which renewables alone cannot currently satisfy.

### Panoche Is Unique Among Other Gas-Powered Peaker Plants

9. Panoche has the capacity to dispatch up to 417 megawatts of power and is designated by CAISO as a Resource Adequacy provider for the PG&E North system (as opposed to just one local area). The PG&E North system includes all of PG&E's service area north of Sacramento or roughly 25% of PG&E's total demand. Panoche is the fourth largest provider of Resource Adequacy for the North system. Based on Panoche's Resource Adequacy capacity alone, Panoche provides a critical source of power to the region that would be difficult to replace today.

10. Panoche is also highly efficient, allowing Panoche to generate up more power from the same amount of natural gas than many other gas plants. Gas

generator efficiency is reflected in its heat-rate, which is a value (Btu/kWh) reflecting the amount of gas required to produce energy. Typical gas plant heat-rates range from very efficient at 6,000 Btu/kWh to relatively inefficient at 16,000 Btu/kWh or higher. Panoche has a heat-rate of 9,179 Btu/KWh and is relatively more efficient that other plants of similar size. Because of these efficiencies, Panoche is relatively cleaner than traditional gas-powered plants.

11. In addition, Panoche has rapid-start technology, meaning it can ramp up and come on-line within 10 minutes. This technology is critical if the grid unexpectedly loses a power source and starts dipping into operating reserves (California requires that 6–7% of a utility's resource capacity, at any one time, is held in an operating reserve). In that scenario, Panoche has the ability to ramp up very quickly so that CAISO can recoup those operating reserves, and maintain the reserve minimum required by regional reliability requirements (set by the Western Electric Coordinating Council) and federal reliability requirements (set by the North American Electric Reliability Corporation).

### Disruption in Panoche's Production Could Result in Harmful Impacts to Californian Citizens

12. Assuming that Panoche is taken off-line for failure to comply with EPA's permit requirements, immeasurable harm could result. From a reliability perspective, California would lose a large, key resource for balancing energy demands and stabilizing the electric grid, given that Panoche is the fourth largest

peaker provider of Resource Adequacy for the North system. The loss of Panoche would compromise CAISO's ability to provide a reliable and stable source of power to Californians during peak demands.

13. Losing the availability of a peaker plant like Panoche would reduce much needed Resource Adequacy capacity. If Panoche's 417 megawatts are suddenly taken off-line in late August 2023 (if Panoche cannot comply with the Permit's offsite monitoring condition), the immediate impact would be the loss of electricity supply for up to 420,000 homes across California during the peak demand for air conditioning. The shutdown of the Facility would have significant ramifications for citizens' safety and wellbeing.

14. This situation also increases the risk of future forced blackouts or brownouts. If California utilities are unable to rely on Panoche's Resource Adequacy capacity, they will be forced to utilize limited and less efficient resources to maintain required operating reserve margins. If that happens, the entire power system would be put in a precarious position. The reliance on older and less efficient resources increases the risk that these units may not be available when needed and cause CAISO to utilize its limited operating reserves. Falling below required reserve margins could take down not just California's power grid but that of the entire West—they are all interconnected and could collapse together. It is not uncommon, during periods of high temperatures across the West Coast, for CAISO and its

neighboring balancing areas to be operating with tight reserve margins. Plants such as Panoche are extremely important resources in such conditions.

15. When circumstances like these exist, which cause CAISO to utilize its limited operating reserves, CAISO has no choice but to start instituting forced rotating outages throughout the state. In August 2020, for example, CAISO did just that—in the midst of an extreme heatwave that affected the entire West Coast (for reasons that had nothing to do with Panoche), CAISO was forced to institute rotating power outages because there was insufficient Resource Adequacy and California utilities were starting to dip into their 6–7% operating reserves. Accordingly, various California residential neighborhoods intermittently lost power for hours at a time in August 2020, so that utilities could maintain their operating reserve margins.

16. In the event that Panoche were forced to shut down—and particularly if this occurs later this summer during peak seasonal demand—CAISO could again be forced to institute forced power outages throughout the state to maintain operating reserve margins. Whenever this happens, there are significant risks to human life. For example, it would be exceedingly dangerous to cut power to the home of an elderly person who relies on an in-home ventilator for survival. I am not aware that anything like this occurred in the midst of forced outages in August 2020, but regulators are well aware of these risks when they mandate forced outages.

17. Even assuming CAISO could avoid forced outages, it would still be

required to utilize more costly and less efficient resources under these circumstances. When a peaker facility like Panoche is taken off-line, CAISO is forced to rely on a backup fleet of power plants to satisfy peak demand. These backup plants are not very good for environment, as they include less efficient gas plants and the one remaining coal-fired power plant in California. These plants are far less efficient, less reliable, and much heavier polluters than Panoche. This would certainly disrupt California and federal regulators ability to meet state and national carbon-reduction goals and the transition to a 100% renewable, carbon-free power system.

18. In addition, powering up this fleet of less efficient and less reliable plants would cause electricity prices to go up for all consumers. The backup fleet of power plants simply cannot generate electricity as efficiently and cost-effectively as Panoche, which requires less natural gas to generate the same amount of electricity.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 6/21/2023

DocuSigned by:
*brian rahman*
C0194C3035E64A8...

Brian Rahman

# EXHIBIT A



# BRIAN RAHMAN, B.S., P.E.

604 Sutter Street, Suite 250  ◆  Folsom, CA  95630  ◆  (916) 985-9461  ◆  brian@zglobal.biz

## VICE PRESIDENT OF ENGINEERING AND MARKETS

Brian Rahman is ZGlobal's VP of Engineering and Markets. He has over 30 years of extensive experience in a variety of utility/energy related disciplines.  Experience includes providing precise professional applications in areas such as overall management of market systems, design, operating procedures and technology updates and utility operations and business practices.

### SKILLS

*Managing People and Projects*
*Energy Scheduling and Bidding*
*Utility Operations and Best Practices*

*Project Management*
*Planning*
*Market Operation*

*Gap Analysis*
*Forecasting and System Dispatching*

### PROFESSIONAL EXPERIENCE

**ZGLOBAL ENGINEERING & ENERGY SOLUTIONS (2006-Present)**
*Vice President of Engineering and Markets*
Brian is our resident expert in Energy Market Implementation and Power System Engineering. His engineering and technical expertise in Utility Operations in addition to his proven ability in managing large complex projects, enable him to perform both technical and project management responsibilities.  Mr. Rahman is ZGlobal's technical expert in utility matters has provided expert testimony services in various arenas.

**CALIFORNIA INDEPENDENT SYSTEM OPERATOR (CAISO) (1997-2006)**
*MRTU Program Manager and Manager of Program Office*
Responsibilities included overall management of the Market Redesign and Technology Upgrade program. This program included the wholesale replacement of all Market Systems, Settlement systems and modifications to approximately 15 supporting applications as well as replacement of the underlying application architecture. Responsible for negotiations and contract relationships with multiple software vendors, service providers, and consulting firms.  This was a $170 M program with a contract and staff headcount of 215 people.  Role involved routine reporting and interaction with CAISO Board of Governors, FERC, and State regulators.

*Manager of: Market Operations, Market Redesign & Technology Update, Special Projects, Market Engineering, Real Time Market Operations, Technical Support for Real-Time Operations*
Responsible for the specification, design, procurement, and testing of Real-Time, and Residual Unit Commitment Markets. Provided management and coordination for multiple project groups engaged in the design and implementation of market applications and supporting systems. Oversaw the project requests, budgets, staffing, design documents and contract negotiations. Responsible to insure Tariff and FERC order requirements are represented in market applications and operating procedures. Other responsibilities included Department Capital and O&M Budget development, department and corporate representative for market design and technical implementation expert, oversee the Day-Ahead, Hour-Ahead, and Real-Time energy, transmission and ancillary service markets, insure close coordination with grid operations concerning system load forecast, energy and reserve

procurements, insure accuracy of all published prices and settlement quality data. Insured development of detailed design documents for vendor and internally developed software, coordination of software testing and deployment with Market Participants. Project Management responsibilities consisted of overall project development including budget, design, staffing, inter-departmental and Technical Support for Real-Time Operations.

**PACIFIC GAS & ELECTRIC (PG&E) (1991-1997)**
*Electrical Engineer, Hydro Generation, Project Engineering*
Prepared job proposals that included cost estimates, engineering calculations, studies and design. Developed equipment and consulting specifications, procurement documents and evaluated proposals for electrical equipment and system revisions and upgrades. Provided engineering guidance and technical support to engineering designers and drafters. Planned, designed and developed routine work plans needed to maintain and improve PG&E hydro facilities.

*Distribution Engineer*
Provided electric planning and operations support for 12kV distribution network. . Performed load growth studies and developed capacity increase projects as needed for future growth. Provided protection settings for distribution breakers and line equipment to insure coordination of protective devices. Investigated and resolved power quality and voltage complaints. Served as on-call supervisor during off-hour emergencies. Coordinated new service connections and service disconnects.

*Electrical Engineer, Hydro Generation*
Primarily responsible for the facilities located on the Mokelumne and Stanislaus watersheds consisting of 9 powerhouses and a variety of extensive water conveyance systems. Provided construction, maintenance, and operations engineering support for PG&E hydro facilities. Identified equipment problems and developed scope, cost, design, and procurement documents. Provided technical support for maintenance activities, operational constraints, and construction projects. Provided budget input including project alternatives, economic evaluations, and justification. Served as project manager, providing project estimating, justification, schedule and cost tracking. Provided construction coordination and on site engineering. Served as on-call supervisor. Applied Reliability Center Maintenance practices to PG&E hydro facilities. Responsibilities included: Comprehensive review of hydro generation equipment maintenance practices and detailed reviews with maintenance staff, documentation of existing time based practices, and recommended condition based analysis used to trigger maintenance.

*Project Coordination*
Prepared job proposals that included cost estimates, engineering calculations, studies, and design. Developed equipment/consulting specifications, procurement documents, and evaluated proposals for electrical equipment/system revisions and upgrades. Provided engineering guidance and technical support to engineering designers and drafters. Planned, designed, and developed routine hydro work needed to maintain and improve PG&E hydro facilities.

*Engineering Consulting*
Solved electrical engineering problems, evaluated and recommended alternative solutions, evaluated equipment and engineering service bids and assisted in the project scope, evaluation and justification.

*Power System Engineer*
Performed contingency studies, analyzed system disturbances and coordinated switching and clearances for transmission and relay protection maintenance. Monitored system performance and developed Dispatch Operating Instructions. Reviewed transmission and generation planning projects for operational capability, relay coordination and determined impact to generation resources. Performed transformer evaluation studies for use in transformer bank re-rating project and station capability report for planning studies. Developed qualifying facility database and PG&E winter electric system base-case. Worked on procedure for Diablo Canyon Power Plant black-start.

## EDUCATION & CERTIFICATIONS

**WASHINGTON STATE UNIVERSITY**
Bachelor of Science (B.S.) in Electrical Engineering

**STATE OF CALIFORNIA**
Registered Professional Engineer #E14914

## TESTIMONIES

"Arbitration Findings and Award in Cities of Anaheim et al. v. the ISO & Southern California Edison regarding "Allocation of Transmission Cost", Rahman, B., Testimony, Docket No. EL03-54-000, August 27, 2003 [View PDF: http://zglobal.biz/pdf/DocketNo_EL03-54-000_SouthernCitiesv_CaliforniaISO.pdf]

"Ancillary Service Must Offer Obligation and Resource Adequacy Standard Capacity Product", Testimony submitted by Brian Rahman to FERC, Docket No. ER 09-1064-000, April 28, 2009

"Investigation of Wholesale Rates of Utility Sellers of Energy and Ancillary Services in the Western Systems Coordinating Council" testimony provided By Brian Rahman, MRTU Director to FERC, Docket No. EL01-68-017, ER02-1656-030, ER02-1656-009, Docket No. ER06-615-000, March 15, 2006

"Long-Term Firm Transmission Rights in Organized Electricity Markets" proposal by Brian Rahman, Program Director of CAISO Market Re-design and Technology Upgrade (MRTU), Submitted to FERC Docket Nos. RM06-8-000 and AD05-7-000, March 13, 2007. [View PDF: http://zglobal.biz/pdf/Docket%20No_RM06-8_Long_TermFirmTransmissionRights.pdf]

"Post-Technical Conference Response of the California Independent System Operator Corporation on Business Practice Manual Issues", Brian Rahman, Program Director of CAISO Market Re-design and Technology Upgrade (MRTU), submitted to FERC in March 2007, Docket # ER06-615-012 and ER 07-1257-000 [View PDF: http://zglobal.biz/pdf/MRTU_DocketNos_ER06-615-012.pdf]

"California Independent System Operator Corporation Electric Tariff Filing to Reflect Market Redesign and Technology Upgrade", Docket No. ER06, declaration and testimony of Brian Rahman, Program Director of CAISO Market Re-design and Technology Upgrade (MRTU), Submitted to FERC on February 9, 2006. [View PDF: http://zglobal.biz/pdf/AttachmentM-DirectTestimony-BrianRahman_ExhibitNo_ISO-8.pdf]

"Tesoro Refining & Marketing Co. LLC v. Pacific Gas and Electric Co." Case No. 3:14-cv-00930 in the U.S. District Court of California. Provided Expert Witness Testimony on behalf of Tesoro Refining and Marketing including written testimony, rebuttal, and on the stand questioning and cross examination.

Imperial Irrigation District v. California Independent System Operator. Docket #3:15-cv-01576-AJB-AGS in the US District Court- Southern California. Provided testimony on Transmission Operations between the two balancing authorities on behalf of the IID.

"California Solar Ranch v. Area Energy" JAMS Ref. No. 1100088728. Provided Expert Witness Testimony on Behalf of Area Energy including written testimony, rebuttal, questioning and cross examination.

"McKinley Children's Home v. West Hills Construction" Case No. KC069072 in the Superior Court of California, County of Los Angeles. Provided review and draft testimony regarding failed solar system installed at the Children's Center. Case was settled prior to formal testimony.

www.zglobal.biz
604 Sutter Street • Suite 250 • Folsom, California 95630
916.985.9461 • F 916.985.9467 • E info@zglobal.biz

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 23, 2023, I arranged for the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

 Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Abigail Belscher
Abigail Belscher