CASE NO. 23-1268

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PANOCHE ENERGY CENTER, LLC,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN,
Administrator of the U.S. Environmental Protection Agency, in his official
capacity; and MARTHA GUZMAN ACEVES, Regional Administrator of the U.S.
Environmental Protection Agency, Region IX

Respondents.

*On Appeal from the U.S. Environmental Protection Agency
Permit No. R9UIC-CA1-FY17-2R*

**DECLARATION OF DANIEL COLLINS
IN SUPPORT OF PETITIONER'S MOTION FOR STAY**

K&L GATES LLP
Ankur K. Tohan, WSBA No. 36752
J. Timothy Hobbs, WSBA No. 42665
Shelby R. Stoner, WSBA No. 52837
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: 206-623-7580
ankur.tohan@klgates.com
tim.hobbs@klgates.com
shelby.stoner@klgates.com

*Attorneys for Petitioner*

I, Daniel Collins, declare under penalty of perjury the following:

1.      My name is Daniel Collins. I am over the age of eighteen years, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2.      I am Vice President of Geosciences at Geostock Sandia, LLC, a preeminent supplier of underground storage and underground injection services.  In my role with Geostock Sandia, I regularly provide regulatory consulting for Underground Injection Control ("UIC") Class I hazardous and non-hazardous deepwell disposal sites and Class VI carbon sequestration facilities and direct work teams in the preparation of state operating permits and Hazardous Waste Disposal Injection Restrictions ("HWDIR") Exemption Petition under EPA.  Since 2021, I have provided consulting services to Panoche Energy Center, LLC ("Panoche") regarding its facility outside Firebaugh, California ("Facility").

3.      I hold a Bachelor of Sciences in Geology from the University of Delaware, and a Master's Degree in Geology, also from the University of Delaware.

4.      I have worked for Geostock Sandia or its predecessor for nearly 27 years.  Prior to that, I worked as a Project Director at DuPont Environmental Remediation Services for approximately 10 years performing essentially the same kind of work, with additive responsibilities for overseeing environmental remediation investigations.   My initial work experience was as Geologist with

- 1 -

Exxon Company, USA. My duties there included exploring for oil and gas resources on company lease holdings and serving as a liaison with the Exxon Drilling Group performing well drilling planning.

5.     Throughout my decades-long career, I have gained expertise in injectate and groundwater flow model conceptualization and design, transient pressure test analyses, evaluation of legacy oil and gas well artificial penetrations, interpreting and mapping subsurface geology/stratigraphy, and wellsite supervision. These include consulting for sites located in Arkansas, California, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Mississippi, North Dakota, Oklahoma, Tennessee, and Texas.    Since 2002, I have provided similar services to underground carbon dioxide sequestration projects funded by the Department of Energy and private funding.    A true and correct copy of my resume is attached hereto as Exhibit A.

**Panoche's UIC Class I Permit Process**

6.     I have provided these types of consulting services to Panoche for the last two and a half years. I was extensively involved in Panoche's application for a renewed UIC permit from the U.S. Environmental Protection Agency ("EPA"). I advised Panoche on the technical aspects of that application, including: pressure modeling, potential impacts on legacy oil and gas artificial penetrations, and on the feasibility of drilling a separate well to monitor water quality in the Underground

- 2 -

Sources of Drinking Water ("USDW") near the Facility.

7.      Based on my extensive experience and expertise with permitting of underground wells, Panoche asked me to evaluate the water quality monitoring well required under Condition II.E.2 of UIC Permit No. R9UIC-CA1-FY17-2R ("Permit") and assess the tasks and costs necessary to construct and operate that well.

8.      Condition II.E.2(a) of the Permit requires Panoche to "install one (1) monitoring well to perform chemical analysis and measure specific conductance and formation pressure in order to identify potential changes in the USDW" and to drill this monitoring well "within 100 feet to the south-southwest of the Silver Creek 18 Well," a plugged and abandoned oil and gas well located about 1.25 miles from the Facility.  Further, EPA specified in Condition II.E.2(b)(i) of the Permit that Panoche must "[d]rill the wellbore to the base of the USDW, located at the stratigraphic contact between the Kreyenhagen Shale and the sandy interval in the overlying Tumey Formation."  Based on my assessment of the geology in this region, the "stratigraphic contact between the Kreyenhagen Shale and the sandy interval in the overlying Tumey Formation" is located approximately 3,970 feet below the land surface.  Thus, the monitoring well EPA required in the Permit must be drilled to approximately 3,970 feet in depth.

9.      To help demonstrate the location and depths of the relevant wells and

- 3 -

geologic formations at issue in this case, I prepared a simplified diagram attached hereto as Exhibit B.

10.    To my knowledge, all of the abandoned oil and gas wells in the region have been properly plugged with cement and mud plugs in accordance with California Geologic Energy Management Division ("CalGEM") regulations, as well as witnessed and approved by the same.  This includes the Silver Creek 18 Well, which was initially drilled and then abandoned by a company (which has no affiliation with Panoche) in the 1970s.  Records from the predecessor agency to CalGEM show that the well was abandoned in 1974 after being plugged with drilling muds to the bottom of the wellbore, along with three cement plugs placed at various depths.  All of the plugging was performed under the oversight of California regulators.  Attached hereto as Exhibit C is a true and correct copy of the well closure report for the Silver Creek 18 Well.

11.    When Panoche evaluated the Silver Creek 18 Well and other wells in the region, it applied a multi-step risk-based screening methodology.  Panoche's evaluation analysis uses conservative assumptions in screening, which are consistent with regulation and guidance in similar geologic settings in the other EPA Regions. Panoche submitted materials to EPA demonstrating that all the decommissioned wells within the region, including the Silver Creek 18 Well, were adequately plugged and abandoned and that no corrective action is required for any of the wells.

- 4 -

12. Although EPA ultimately reached the same conclusion, that no corrective action is required, it nevertheless conditioned the Permit on Panoche drilling a monitoring well "within 100 feet to the south-southwest of the Silver Creek 18 Well."

## EPA's Offsite Ambient Monitoring Requirement Presents Significant Risks, Will Be Expensive, and Poses Other Challenges

13. The Silver Creek 18 Well site is located on or near an almond orchard approximately 1.25 miles from Panoche's Facility on property that Panoche does not own or control. Drilling a monitoring well at the precise location specified by EPA would first require Panoche to gain access to that property through contract or some other agreement with the landowner. Although EPA states on Page 27 of the Permit that "issuance of this Permit does not convey property rights of any sort or any exclusive privilege," EPA is requiring Panoche to install a monitor well at a specific location (100 feet from the Silver Creek 18 Well) without any alternative location proffered should access not be gained.

14. Assuming the landowner grants access to Panoche, the drilling of the monitoring well is risky. Drilling the monitoring well within 100 feet of the Silver Creek 18 Well presents a high probability that the monitoring well borehole will collide with the Silver Creek 18 Well. Although deviation surveys were taken in the Silver Creek 18 Well, the exact track of the well in three dimensions is unknown. Oil and gas wells are never truly vertical. The CalGEM well records indicate

wellbore deviations of 0º 30' to 2º 30' at depths shallower than 3,900 feet in the Silver Creek 18 Well.  Similar deviations in the monitoring well could quickly close the well-to-well distance, resulting in a wellbore collision, even at low departures from being completely vertical.

15.     The process of drilling an offsite monitoring well will also be challenging.  Prior to constructing a road, clearing two acres of land, or drilling a 3,900-foot-deep monitoring well, Panoche would have to determine whether any state, county, or local permits are required and obtain all such permits, including compliance with the California Environmental Quality Act as required.  The 120 days schedule to begin construction of the monitoring well following EPA approval of the drilling plan does not consider the time that may be necessary to obtain other required permits.

16.     Assuming Panoche could secure all permits and comply with environmental reviews, Panoche then have to locate the surface location of the Silver Creek 18 Well, identify a suitable location within 100 feet to the south-southwest of that well to drill the new monitoring well as specified by EPA, construct a road to access that location from the closest existing road, clear approximately two acres of land around that location, and build a well pad to support drilling operations. Drilling to a depth of approximately 3,900 feet would require specialized drilling equipment normally used for oil and gas exploration.  A drilling rig of this nature is

- 6 -

large and heavy and would require the construction of a large pad to support the rig, which is expected to cover an area of approximately 80 feet by 180 feet. Peripheral rig support equipment is expected to occupy an additional 75-foot by 125-foot area. Several truckloads likely would be required to bring in other drilling materials, such as approximately 1,800 feet of cemented surface casing to seal off freshwater aquifers, 4,000 feet of drill pipe, 4,000 feet of cemented casing down to the monitoring interval to place into the wellbore once drilled, 350 thousand pounds of drilling muds, 155 thousand pounds of cement to seal the casings in the well bore, drill bits, mud cleaning and processing equipment, equipment to monitor drilling parameters and pressure in the well, safety equipment, site support trailers, and other equipment. This equipment would be staged around the drilling rig in the approximately two acres cleared for this purpose.

17.    Based on my experience drilling wells like the one required by EPA in Condition II.E.2 of the Permit, it would be necessary for Panoche to retain the services of approximately 30 different vendors to complete the drilling of the monitoring well, and I project that the cost of completing all the foregoing tasks would be in the range of $3 million to $4 million dollars. These capital costs do *not* include any costs associated with the continued operation and maintenance of the monitoring well or compliance with EPA sampling and reporting requirements.

## The Efficacy of the EPA's Offsite Ambient Monitoring Condition Is Uncertain

18.     There is a high level of uncertainty in the efficacy of the proposed groundwater monitoring program.  At this point, we cannot determine whether the monitoring well is upstream, downstream, or cross-stream from the Silver Creek 18 Well, which may affect what Panoche could learn from the recovered fluid samples. For example, if the monitoring well is drilled upstream from the Silver Creek 18 Well, any ground water samples that Panoche collects would *not* indicate whether the presence of the Silver Creek 18 Well is endangering the USDW.

19.     In addition, correct analysis of the natural variability of waters at the lowermost USDW are unknown and may be affected by factors unrelated to Panoche's injection activity, such as large-volume freshwater withdrawals for agriculture and consequent compaction and subsidence in the near surface (particularly if the mandated well site is located on an almond orchard).

20.     Based on what we know (from already submitted quarterly monitoring), the injected waters at Panoche mainly consist of low concentration metals, all of which are present in native formation brines.  These include waters in the lowermost USDW, which we expect to consist of approximately 10,000 mg/l total dissolved solids—but it could be higher or lower than that.  At the lowermost USDW, there is a fair amount of natural salt in the native formation fluids that is about one-third that of seawater.  Since there are no unique indicator constituents for either the Panoche

- 8 -

injection waters (which are relatively fresh) or the native formation brine in the Panoche Injection Zone, statistical analysis will be the *only* indicator of water changes in the monitoring well.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 6/23/2023
_____

Daniel Collins
264F4057C6DB4F6...
_____

Daniel Collins

# EXHIBIT A

# Experience and Qualifications



**Daniel J. Collins, CPG, RG**          Dan.Collins@GeostockSandia.com

**VP of Geosciences**                        **(346) 314-4347**

**www.GeostockSandia.com**

## *SUMMARY*

Achieved expertise 40 years of experience in consulting and geological research analyzing subsurface technical data for consulting, major chemical and petroleum companies.  Solid project management experience in SDWA and RCRA impacted units.  Technical skills include subsurface characterization, ground water flow model conceptualization, process water deepwell disposal, regulations and permitting, and RCRA corrective action.

## *PROFESSIONAL EXPERIENCE*

**Geostock Sandia, LLC — VP of Geosciences**                        **1997 - Present**

Provides principal consulting for Class I hazardous and non-hazardous deepwell disposal sites and Class VI carbon sequestration facilities.  Skills include injectate and groundwater flow model conceptualization and design, organizing project work teams, interpreting and mapping subsurface geology/stratigraphy, aquifer test analysis, field activity and wellsite supervision, Land Ban regulations and document preparation of State Permit Applications and Federal No Migration Petitions for Class I hazardous and non-hazardous injection wells.  Provided principal technical consulting and project management for first-in-kind carbon sequestration pilot demonstration project in the United States and direct award DOE projects.  Analyzed well and reservoir performance for the saltwater injection wells as part of the DOE West Hackberry Life Extension II project.

**DuPont Environmental Remediation Services — Project Director**                        **1987 - 1996**

Provided principal consulting for 15 Class I hazardous and non-hazardous deepwell disposal sites and 10 facilities under RCRA corrective action.  Duties included supervision/leadership of a groups of professional engineers and geologists generating Land Ban exemption petitions and state permits for Class I waste injection operations, deepwell feasibility studies, preparation of site work plans for confirmatory sampling investigations, monitoring well installation and unit closures, facility acquisition/divestiture assessments, and specific budget, schedule and scope management of over 100 projects.  Skills include organizing work teams, interpreting subsurface geology/stratigraphy, aquifer test analysis, groundwater flow model conceptualization, Land Ban regulations and writing sections of documents.

- Provided technical marketing support to sales force, generating $3.0 million dollars in external professional fee revenue and $6.0 million in total revenue over an eight- year period, which significantly contributed to the organizations profitability and bottom line.  Proven track record in securing repeat customer business and sister plant sales.
- Performed strategy development and principal consulting for 9 external deepwell Land Ban petitions and reissuances for Class I injection sites that have received final agency approval, including the first petition approved in Region IV.  Conceptual model optimization of site conditions and operations in several cases has resulted in the avoidance of immediate well shut-down and curtailment of plant production due to subsequent detection of fluid movement out of the wells' completion interval.  Either well workover would have been more costly than either of the reissuances without including costs for lost production.
- Applied regulatory knowledge and plant data to prepare a document of current conditions summary report for a RCRA site in the mid-continent region which resulted in the deletion of 10 of 17 SWMU's requiring an RFI.  This reduction in the number of units requiring an investigation will result in significant cost savings to the client.

# Experience and Qualifications



- Performed a strategic assessment for a deepwell site in the mid-continent region, integrating site specific and regional technical data, regulatory, and corporate goals which resulted in an abandonment of the ongoing single-track option to a multi-path option strategy.
- Directed an RFI/fenceline monitoring well installation program for a RCRA site in EPA Region IV. Tasks consisted of multiple soil borings and the installation of 20 monitoring wells to depths between 70 and 130 feet. Fieldwork was completed with no incidents or accidents, with over 2,000 exposure hours in the field.
- Guided a project team in the performance of structural integrity testing of sumps and basins at a RCRA facility in the Gulf Coast. As part of the pre-testing activities, identified potential sludge sampling needs in advance of the Phase II Land Disposal Ban. Based on the analytical results, the project timeline was expedited for two of the sumps, which were cleaned and tested, with sludges disposed in advance of the land ban, resulting in documented cost savings of $50,000 to the client.
- Conducted an environmental assessment of an oil and gas lease acquisition in the Austin Chalk play which identified several areas of concern for potential endangerment of groundwater resources and future compliance costs under the underground injection program. The assessment recommendations were negotiated into the sale document, saving the client $200,000 in upgrade costs and potential future liabilities.
- Directed a field team in the performance of a site assessment of an abandoned oilfield service company facility in west Texas and prepared the site assessment report. Results of the assessment showed that the contaminants were solely related to underground storage tanks which can be closed under the petroleum storage tank regulations. The remaining areas of concern were closed under Standard 1 of the Risk Reduction Rules.

**Exxon Co., USA - Senior Geologist**                                          **1982 - 1987**
Responsible for generating oil and gas exploration prospects on company lease holdings and State waters, developing regional subsurface structure maps and models of paleo-depositional patterns, analyzing well logs for hydrocarbon potential and monitoring industry activity.

**Geologist**
Responsible for implementing a detailed study of a producing oil and gas field and recommending additional infill/step-out drilling locations. Evaluated geological hazards and prepared drilling programs with engineering department for the district's wildcat wells. Performed well site evaluation of drilling parameters for abnormal pressure detection and wellsite geophysical well log evaluation for hydrocarbons.

## *EDUCATION/CERTIFICATIONS*

Masters of Science, Geology - University of Delaware, 1980-1982
Bachelors of Science, Geology - University of Delaware, 1976-1980

Registered Geologist - State of Arkansas (Registration No. 1286)
Registered Geologist - State of Louisiana (License No. 608)
Registered Geologist - State of Mississippi (Registration No. 0254)
Registered Geologist - State of Texas (License No. 1290)

| | |
|---|---|
| Production Systems Analysis Using PROSPER & MBAL | 2001 |
| Visual MODFlow, Waterloo Hydrogeologic (NWWA) | 1996 |
| Falloff Test Analysis, RDS, Inc. | 1995 |
| OSHA Supervisors Training, DuPont | 1992 |
| OSHA Training, DuPont | 1988 |
| Fundamentals of RCRA, DuPont | 1988 |
| Risk Assessment Methods, Exxon | 1985 |

# Experience and Qualifications           Geostock Sandia

| Structural Analysis, Exxon | 1985 |
| Reservoir Geology, Exxon | 1985 |
| Operations Geology, Exxon | 1984 |
| Advanced Well Analysis, Schlumberger | 1984 |
| Hydrocarbon Well Logging, EG&G | 1983 |
| Basic Well Logging, Exxon | 1983 |

### *PROFFESIONAL ASSOCIATIONS*

American Association of Petroleum Geologists

Groundwater Protection Council

### *PUBLICATIONS*

Collins, D. J. , Zakharova, N., Goldberg, D., 2018, Geomechanical Characterization and Modeling of the Newark Basin: USDOE Office of Fossil Energy (FE), FE0023334, Final Report, Geostock Sandia, LLC, Houston, TX (United States). https://www.osti.gov/servlets/purl/1433648

Collins, D. J. , 2017, Characterization of the Triassic Newark Basin of New York and New Jersey for geologic storage of carbon dioxide: USDOE Office of Fossil Energy (FE), FE0002352, , Final Report, Geostock Sandia, LLC, Houston, TX (United States). https://www.osti.gov/servlets/purl/1368193

Zakharova, N. V., Goldberg, D. S., and Collins, D. J., 2013, In-situ stress constraints from borehole data in the context of $CO_2$-storage site characterization:  ARMA 13-739.

Zakharova, N. V., Goldberg, D. S., and Collins, D. J., 2012, Petrophysical and Mechanical Properties of Fractured Aquifers in the Northern Newark Basin: Implications for Carbon Sequestration: AGU Annual Meeting, December 2012.

Slater, B. E., Smith, L., Tymchak, M. P., and Collins, D. J., 2012, Preliminary Results from the TriCarb Deep Stratigraphic Well drilled into the Newark Rift Basin, Rockland County, NY: AAPG Eastern Section Meeting.

Olsen, P. E, Withjack, M. O., Schlische, R. W., Goldberg, D., Kent, D. V., Tamulonis, K., Couëslan, M. L., Collins, D. J., Implications for carbon sequestration of seismic reflection geometry and stratigraphy of the northern Newark rift basin, New York USA: AGU Annual Meeting, December 2011.

Collins, D., J., Papadeas, P. W., Brown, C. A., and Walker, J. E., 2011, High-Resolution Stratigraphy at the Northern End of the Newark Basin: Carbon Sequestration Conference Proceedings, Eleventh Annual Conference on Carbon Sequestration, Pittsburgh, Pa.

Collins, D. J., Papadeas, P. W., Conrad, J., Brown, C., and Walker, J., 2010, Progress of the ARRA Site Characterization Project – Study of the Triassic-aged Newark Basin; Carbon Sequestration Conference Proceedings, Tenth Annual Conference on Carbon Sequestration, Pittsburgh, Pa.

Freeman, D. R., Collins, D. J., Stehle, D. E., Hovorka, S. D., Meckel, T. A., and Trevino, R., 2009, Design of research well instrumentation for a long-duration $CO_2$ flood the Southeast Carbon Sequestration Partnership (SECARB) Phase III DAS Cranfield Project: Carbon Sequestration Conference Proceedings, Ninth Annual Conference on Carbon Sequestration, Paper 880, Pitt., Pa.

# Experience and Qualifications



Shirley, D. H., Collins, D. J., and Boyer, J. L., 2009, Exploring Geologic CO2 Storage in Arizona: Southwest Hydrology, September/October, pp. 28-29.

Collins, D. J., Duguid, A., and Papadeas, P. W., 2008, Potential strategies for demonstrating mechanical integrity in CO2 injection wells; Carbon Sequestration Conference Proceedings, Seventh Annual Conference on Carbon Sequestration, Paper 445, Pittsburgh, Pa.

Collins, D. J., Hovorka, S. D., and Freeman, D. R., 2008, Design of Research Well Instrumentation for a long-duration CO2 flood, the Southeast Carbon Sequestration Partnership (SECARB) Phase II Cranfield Project; Carbon Sequestration Conference Proceedings, Seventh Annual Conference on Carbon Sequestration, Paper 311, Pittsburgh, Pa.

Freifeld, B. M., Trautz, R. C., Kharaka, Y. K., Phelps, T. J., Myer, L. R., Hovorka, S. D., and Collins, D. J., 2005, The U-Tube: A Novel System for Acquiring Borehole Fluid Samples from a Deep Geologic CO2 Sequestration Experiment; Journal of Geophysical Research, v. 110, b10203.

Collins, D. J., Miller E. A., Hovorka, S. D., Holz, M. H., and Myer, L. R., 2005, From concept to reality: A systematic project management approach for field implementation of the Frio Brine Pilot Test; Carbon Sequestration Conference Proceedings, Fourth Annual Conference on Carbon Sequestration, Paper 48, Alexandria, Va.

Papadeas, P. W., Collins, D. J., Hovorka, S. D., Holz, M. H., and Knox, P., 2005, Review of existing injection well permit regulations and expectations of future geologic sequestration CO2 regulations with monitoring conditions; Carbon Sequestration Conference Proceedings, Fourth Annual Conference on Carbon Sequestration, Paper 33, Alexandria, Va.

Stan, P., Collins, D. J., Kardos, W., and Papadeas, P. W., 1999, Determination of net injection interval thickness for EPA no-migration petition modeling; Published in the proceedings of the 1999 Annual Underground Injection Control and Groundwater Protection Forum, Newport, RI, Groundwater Protection Council.

Collins, D. J. and Abney, A. M. C., 1996, Investigation of concentration and density variations in an injectate plume: An analytical model approach; Underground Injection Control Workshop Proceedings, Texas Natural Resource Conservation Commission Environmental Trade Fair '96, Austin, TX.

Collins, D. J. and Klingensmith, A., 1995, Reservoir characterization derived from dual-well and multi-well interference testing: With case studies; Published in the proceedings of the 1995 Annual Underground Injection Control and Groundwater Protection Forum, Kansas City, MO, Groundwater Protection Council.

Webster, D. A., Macconi, J. R., Stehle, D. E., and Collins, D. J., 1993, Subsurface geology and hydraulic data from 769- to 8,765-feet depth at the Johnsonville Site Study Well, Humphreys County, Tennessee; Published by Humphreys County in cooperation with the USGS.

Kraft, J. C., Belknap, D, and Collins, D. J., 1983, Coastal barrier and inner shelf lithosomes related to shoreface erosion; 1983 AAPG National Meeting.

# EXHIBIT B



# EXHIBIT C

FORM 159

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION
DIVISION OF OIL AND GAS

# REPORT OF WELL ABANDONMENT

Coalinga, _____California

June 19, 1974

Mr. **Merlin J. Frasch, Agent**
  **E. A. BENDER, OPERATOR**
  **P. O. Box 52**
  **Bakersfield, CA 93302**

DEAR SIR:

Your report of abandonment of Well No. **"Silver Creek" 18 (019-20804)**,

Sec. **33**, T. **14S**, R. **13E**, **M.D.** B. & M., **---** field,

**Fresno** County, dated **4-5-74**, received **4-8-74**,

has been examined in conjunction with records filed in this office.

A review of the reports and records shows that the requirements of this Division, which are based on all information filed with it, have been fulfilled.

**Blanket bond**
**HJM:pf**
**cc: Company**
**cc: Conservation Committee**

JOHN F. MATTHEWS, JR.
*State Oil and Gas Supervisor*

By _C. H. Cowise_
  *Deputy Supervisor*

11302-705 2-73 4M OSP

*121*

RECORDS RECEIVED        STATUS        DATE

Date Received  5-20-74
Well Summary (Form 100)   ✓
History (Form 103)   ✓
Core Record (Form 101)   ✓
Elec. Log - Lge.   ✓   Small
Direct. Survey
Sidewall Samples
Other   Formation & Hydrocarbon

Notice of Records Due
   Form 170

Date Final Records Received

Producing - Oil
Idle - Oil
Abandoned - Oil
Drilling - Idle
Abandoned - Dry Hole   ✓
Producing - Gas
Idle - Gas
Abandoned - Gas
Gas - Open to Oil Zone
Water Flood Source
Water Disposal
Water Flood
Steam Flood
Fire Flood
Air Injection
Gas Injection
$CO_2$ Injection
LPG Injection
Observation

ENGINEER'S CHECK LIST

1. Summary, History, &
   ~~Core record~~ (dupl.)   ✓
2. Electric Log   ✓
3. Operator's Name   ✓
4. Signature   ✓
5. Well Designation   ✓
6. Location   ✓
7. Elevation   ✓
8. Notices   ✓
9. "T" Reports
10. Casing Record   ✓
11. Plugs   ✓
12. Surface Inspection   6-19-74
13. Production

RECORDS NOT APPROVED
   Reason:   Surf & Environ

RECORDS APPROVED   6-18-74   Jm

RELEASE BOND   Blanket
   Date Eligible
    (Use date last needed records were
    received.)

MAP & MAP BOOK   W5-2   6-18-74   Jm

RECOMPLETED

CLERICAL CHECK LIST

1. Location change _____ (F-165)
2. Elevation change _____ (F-165)
3. Form 121   ✓
4. Form 159 (Final Letter)   ✓
5. Form 150b (Release of Bond)

5-22-74
Area has **Not** been cleaned
up. The casing has been cut
about 4' below surface &
capped with a metal plate.
Cellar is open, sump has
mud & oil in it & is not
fenced. Area has not been
restored.

            Jm

6-19-74
SURFACE INSPECTION
The area has been cleaned
& graded.

            Jm

FORM 19

FORM 103

△ OSP

SUBMIT IN DUPLICATE

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## History of Oil or Gas Well

Operator ___E. A. BENDER, OPERATOR___ Field ___Cheney Ranch___

Well No. ___"Silver Creek" #18-33___, Sec. __33__, T. __14S__, R. __13E__, M. D. B. & M.

Date _____, 19____    Signed _____

_____ Title _____

(Address)            (Telephone Number)            (President, Secretary or Agent)

It is of the greatest importance to have a complete history of the well. Use this form to report a full account of all important operations during the drilling and testing of the well or during re-drilling, altering of casing, plugging, or abandonment with the dates thereof. Be sure to include such items as hole size, formation test details, amounts of cement used, top and bottom of plugs, perforation details, sidetracked junk, bailing tests, shooting and initial production data.

Date

### BIT RECORD

| No. | Size & Make | From | T.D. | Feet | Hours | Min. |
|---|---|---|---|---|---|---|
| 1 | 13-3/4" HTC OSC3A | 0' | 768' | 768' | 6 | 0 |
| 2 | 8½" SEC S3 Retip | 768' | 1819' | 1051' | 6 | 45 |
| 3 | 8½" HTC OSC3A Retip | 1819' | 2396' | 577' | 6 | 30 |
| 4 | 8½" SEC DSJ Retip | 2396' | 3234' | 838' | 13 | 30 |
| 5 | 8½" Smith DT | 3234' | 3977' | 743' | 13 | 0 |
| 6 | 8½" SEC S3J | 3977' | 4719' | 742' | 11 | 0 |
| 7 | 8½" SEC S3J | 4719' | 5530' | 811' | 14 | 25 |
| 8 | 8½" SEC S3J | 5530' | 5907' | 377' | 11 | 0 |
| 9 | 8½" HTC OSC3J Retip | 5907' | 6461' | 554' | 14 | 45 |
| 10 | 8½" HTC OSC3J Retip | 6461' | 6757' | 296' | 7 | 0 |
| 11 | 7-7/8" Smith DTJ | 6757' | 7283' | 526' | 15 | 0 |
| 12 | 7-7/8" Smith DTJ | 7283' | 7599' | 316' | 12 | 45 |
| 13 | 7-7/8" Smith DTJ | 7599' | 7908' | 309' | 10 | 30 |
| 14 | 8½" Smith DTJ (open hole) | 6757' | 8000' | 1243' | 14 | 0 |
| 15 | 8½" SEC S3J | 8000' | 8391' | 391' | 12 | 45 |
| 16 | 8½" SEC S3J | 8391' | 8600' | 209' | 13 | 15 |
| 17 | 8½" SEC S4J | 8600' | 8698' | 98' | 3 | 0 |

FORM 103

SUBMIT IN DUPLICATE

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## History of Oil or Gas Well

OPERATOR___E. A. BENDER, OPERATOR_____ FIELD___Cheney Ranch___

Well No.___"Silver Creek" #18—13___, Sec.__33__, T.__14S__, R.__13E__, M. D. B. & M.

Date_____, 19____     Signed_____

_____ Title_____

(Address)          (Telephone Number)          (President, Secretary or Agent)

It is of the greatest importance to have a complete history of the well. Use this form to report a full account of all important operations during the drilling and testing of the well or during re-drilling, altering of casing, plugging, or abandonment with the dates thereof. Be sure to include such items as hole size, formation test details, amounts of cement used, top and bottom of plugs, perforation details, sidetracked junk, bailing tests, shooting and initial production data.

Date

### DEVIATION RECORD

| Depth | Angle | Depth | Angle |
|-------|-------|-------|-------|
| 768' | 0° 45' | 4491' | 3° 00' |
| 1298' | 1° 00' | 5221' | 1° 15' |
| 2014' | 0° 45' | 5530' | 2° 00' |
| 2396' | 0° 30' | 5907' | 0° 45' |
| 2929' | 1° 00' | 6461' | 0° 45' |
| 3234' | 1° 00' | 6757' | Missing |
| 3735' | 2° 30' | 7283' | 3° 00' |
| 3977' | 1° 30' | 7599' | Missing |
| | | 7908' | 1° 45' |
| | | 8000' | 1° 45' |
| | | 8391' | N.G. |

100                    DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## WELL SUMMARY REPORT

### SUBMIT IN DUPLICATE

Operator _____E. A. BENDER, OPERATOR_____         Well No. "Silver Creek" #18-33

Sec. __33__ , T. __14S.__ , R. __13E.__ , M. D. B. & M.  (Cheney Ranch)  Field __Fresno__ County.

Location __330' North and 330" East from Southwest Corner, Section 33__
(Give location from property or section corner, or street center lines)

Elevation of ground above sea level __379__ feet

All depth measurements taken from top of _____ __Kelly Bushing__ _____ which is __12__ feet above ground.
(Derrick Floor, Rotary Table or Kelly Bushing)

In compliance with Sec. 3215, of the Public Resources Code, the information given herewith is a complete and correct record of the present condition of the well and all work done thereon, so far as can be determined from all available records.

Date __April 24, 1974__          Signed __M. J. Frasch__

____Fred Green____                      Title __Agent__
(Engineer or Geologist)    (Superintendent)       M. J. Frasch     (President, Secretary or Agent)

---

Commenced drilling __3-23-74__              GEOLOGICAL MARKERS         DEPTH

Completed drilling __4-5-74__          Top Cretaceous            7740'

Total depth __8698'__  Plugged depth __1437'-1700'__

Junk __None__        "    "   __678'- 817'__

__8'- 35'__

Abandoned 4-5-74              Geologic age at total depth: __Cretaceous__

Commenced producing __None__  Flowing/gas lift/pumping   Name of producing zone __None__
(Date)             (Cross out unnecessary words)

| | Clean Oil bbl. per day | Gravity Clean Oil | Per Cent Water including emulsion | Gas Mcf. per day | Tubing Pressure | Casing Pressure |
|---|---|---|---|---|---|---|
| Initial production | None | | | | | |
| Production after 30 days | | | | | | |

### CASING RECORD (Present Hole)

| Size of Casing (A. P. I.) | Depth of Shoe | Top of Casing | Weight of Casing | New or Second Hand | Seamless or Lapweld | Grade of Casing | Size of Hole Drilled | Number of Sacks of Cement | Depth of Cementing if through perforations |
|---|---|---|---|---|---|---|---|---|---|
| 9-5/8" | 768' | Surface | 47# | S.H. | Smls. | J-55 | 13-3/4" | 500 | |

### PERFORATED CASING
(Size, top, bottom, perforated intervals, size and spacing of perforation and method.)

None

Was the well directionally drilled? __No__      Electrical Log Depths __Welex 768'-7906' I-ES__   (Attach Copy of Log)
△ osr                                Jacob Mud Log: 4200'-8696'

'FORM 103

SUBMIT IN DUPLICATE

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## History of Oil or Gas Well

OPERATOR __E. A. BENDER, OPERATOR__    FIELD __Cheney Ranch__

Well No. __Silver Creek #18-(33)__ , Sec. __33__ , T. __14S__ , R. __13E__ , M. D. B. & M.

Date __April 18__ , 19 __74__    Signed __M. J. Frasch__

P. O. Box 52
__Bakersfield, Ca. 93302 (805) 831-7461__    Title __Agent__
(Address)    (Telephone Number)    (President, Secretary or Agent)

It is of the greatest importance to have a complete history of the well. Use this form to report a full account of all important operations during the drilling and testing of the well or during re-drilling, altering of casing, plugging, or abandonment with the dates thereof. Be sure to include such items as hole size, formation test details, amounts of cement used, top and bottom of plugs, perforation details, sidetracked junk, bailing tests, shooting and initial production data.

| Date 1974 | DEPTH | REMARKS |
|---|---|---|
| 3-23 | 768' | Tiger Drilling, Contractor, spudded in 5:00 A.M. with 13-3/4" bit using fresh water-gel mud. Cemented 21 joints used 9-5/8" A.P.I., 47#, J-55, Seamless, 8 Vee, ST&C, casing at 768', including Baker open guide shoe with baffle plug stop at 731' with 450 sacks Class G Cement with 8% gel, followed by 150 sacks Class G cement treated with 3% CaCl₂. Displaced with 304 cu. ft. mud using one top rubber plug. Plug bumped on baffle at 731' at 500 p.s.i. Had 100 cu. ft. cement returns. Shut in at head 4:00 P.M., B-J Cementers. Stood 4 hours, then landed casing and test blowout equipment to 1500 p.s.i. Approved by Division of Oil and Gas. |
| 3-24 | 2396' | Located top of plug 730'. Drilled out cement, shoe, and ahead with 8½" bits. Mud 70 p.s.i., Viscosity 40-48. |
| 3-28 | 5907' | Drilling 8½" hole. Mud 72 p.s.i., Viscosity 44-46. Jacob Mud Logger on at 4200'. Measured out 5907'. No correction. |
| 3-30 | 6757' | Drilled 8½" hole to 6757'. D.S.T. 6731'-6757'. Lynes set 6½" packers at 6724' and 6731' with tail to 6757' using 4½" drill pipe with 500' water cushion. Packers would not hold. No test. Drilled ahead with 7-7/8" bits. |
| 4-2 | 7908' | Drilled 7-7/8" hole to 7908'. Mud 73 p.s.i., Viscosity 42-44. Welex logged I-ES 7906'-768'. Opened 7-7/8" hole from 6757'-7908' with 8½" bit and drilled ahead with 8½" bits. |
| 4-5 | 8698' Plug 1437' Plug 678' | Drilled 8½" hole to 8698' Mud, 75 p.s.i., Viscosity 40-43. Plugged 8½" open hole with 100 sacks Class G Cement and 4% gel, all treated with 3% CaCl₂ thru open-end 4½" drill pipe hung at 1700'. Displaced cement with 5 cu. ft. water and 100 cu. ft. Mud. C.I.P. 1:55 P.M., preceded cement with 25 cu. ft. water. Stood 4 hours. Location and hardness of plug at 1437', witnessed and approved by E. V. Kaarlela of Division of Oil & Gas. PLUG NO. 2: Plugged 8½" open hole & 9-5/8" csg. with 50 sax Class G Cement with 4% gel treated with 3% CaCl₂, through 4½" open-end drill pipe hung at 817. |

FORM 103

SUBMIT IN DUPLICATE

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## History of Oil or Gas Well

OPERATOR __E. A. BENDER, OPERATOR__     FIELD __Cheney Ranch__

Well No. __"Silver Creek" #18-33__ , Sec. __33__ , T. __14S__ , R. __13E__ , M. D. B. & M.

Date_____, 19____     Signed_____

_____  Title_____
(Address)        (Telephone Number)        (President, Secretary or Agent)

It is of the greatest importance to have a complete history of the well. Use this form to report a full account of all important operations during the drilling and testing of the well or during re-drilling, altering of casing, plugging, or abandonment with the dates thereof. Be sure to include such items as hole size, formation test details, amounts of cement used, top and bottom of plugs, perforation details, sidetracked junk, bailing tests, shooting and initial production data.

| Date 1974 | DEPTH | REMARKS |
|---|---|---|
| 4-5 (Cont'd) | 8698' Plug 1437' Plug 678' | Displaced cement with 5 cu. ft. water and 45 cu. ft. mud. C.I.P. 6:00 P.M. Cementing operations witnessed by E. V. Kaarlela of Division of Oil and Gas. Stood 4 hours. Located top of plug at 678'. |
| 4-6 | 8698' Plug 1437' Plug 678' | Plugged top of 9-5/8" casing below plow depth with 25' cement and welded on steel cap. WELL ABANDONED. Crew released 2:00 A.M. |

May 24, 1974


Mr. Merlin J. Frasch, Agent
E. A. Bender, Operator
P. O. Box 52
Bakersfield, CA 93302

Dear Sir:

On May 22, 1974, an engineer from this office visited your
wells No. "Silver Creek" 18, Sec. 33, T. 14 S., R. 13 E.,
M.D.B.& M., and No. "Silver Creek" 64, Sec. 24, T. 14 S.,
R. 12 E., in Fresno County, and noted that the locations
have not been cleaned up.

It was also noted that there are open cellars, an open rat
hole, and drilling sumps that have not been filled in.

Please inform this office of your intentions to rectify the
above conditions and complete the abandonment of these wells.

Yours truly,

*C. H. Corwin*

C. H. CORWIN
Deputy Supervisor

HJM/ef

Form 109

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## Report on Operations

No. T __574-69__

Mr. __Merlin J. Frasch, Agent__

__E. A. BENDER, OPERATOR__               __Coalinga,__ ____Calif.

__P. O. Box 52__                         __April 9, 1974__

__Bakersfield, CA. 93302__

Dear Sir:

Operations at well No. __"Silver Creek" 18__, API No. __(019-20804)__, Sec. __33__, T. __14S__, R. __13E__ M.D., B & M. _____ --- _____ Field, in __Fresno__ County, were witnessed on __April 5, 1974__. Mr. __E. V. Kaarlela__, representative of the supervisor was present from __1630__ to __1800__. There were also present __A. Sexton, foreman (Tiger Drilling Co.)__

Present condition of well: __9 5/8" cem. 768'. T. D. 8698, plugged with cem. 1700'-1437', and 817'-638±.__

The operations were performed for the purpose of __witnessing the plugging operations in the process of abandonment.__

DECISION: __THE PLUGGING OPERATIONS AS WITNESSED AND REPORTED ARE APPROVED.__

EVK:pf
cc. Company

JOHN F. MATTHEWS, Jr.
State Oil and Gas Supervisor

By _C. H. Corwin_ ____Deputy

Form 109 (REV. 1-73)                                             10942-705 1-73 22M Ⓢ OSP

Cementing/Plugging Memo

Operator _E. A. Bender, Opr._

Well No. _"Silver Creek" 18 (019-20804)_ Sec. _33_, T. _14S._, R. _13E._, M.D. B&M

Field _____, County _of Fresno_. On _April 5, 1974_,

Mr. _E. V. Kanylola_, representative of the supervisor was present from _1620_ to _1800_.

There were also present _A. Sexton, Foreman (Tiger Drilling Co.)_

Casing record of well: _9⅝" cem 768' w T.D. 8698, plugged with cem 1700'-1437'_

_and 817'-638#._

The operations were performed for the purpose of _witnessing the plugging operations_

_in the process of abandonment_

Capr [X] The plugging/~~cementing~~ operations as witnessed and reported are approved.

[ ] The location and hardness of the cement plug @ _____' is approved.

--------------------------------------------------------------------------------

Hole size: _8½_ " fr. _768_ ' to _8698_ ', _____ " to _____ ' & _____ " to _____ '

| Size | Wt. | Casing Top | Bottom | Date | Cemented MO-Depth | Volume | Top of Fill Annulus | Casing | Squeezed Away | Final Press. | Perfs. |
|------|-----|-----|--------|------|---------|--------|---------|--------|----------|--------------|--------|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

Casing/tubing recovered: _____ " shot/cut at _____', _____', _____' pulled fr. _____';

_____ " shot/cut at _____', _____', _____' pulled fr. _____'.

Junk (in hole): _____

Hole fluid (bailed to) at _____'. Witnessed by _____

| Mudding | Date | Bbls. | Displaced | Poured | Fill | Engr. |
|---------|------|-------|-----------|--------|------|-------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| Cement Plugs * | | Placing | Placing Witnessed | | Top Witnessed | | | |
|------|--------|---------|------|-------|-------|-----------|-----------|-------|
| Date | Sx./cf | MO & Depth | Time | Engr. | Depth | Wt/Sample | Date & Time | Engr. |
| 4-5-74 | 100sx | Pump 1700' |  |  | 1437 | 8000 lbs | 4-5-74 1700 | E.V. Kanyola |
| 4-5-74 | 50 sx | " 817' | 1730 | E.V. Kanyll | 638# |  |  |  |

* Class G premixed with 9% gel and 2% CaCl₂

Form 38 Rev. 5/72

FORM 111

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## REPORT ON PROPOSED OPERATIONS No. P 574-60

Mr. Merlin J. Frasch, Agent
E. A. BENDER, OPERATOR
P. O. Box 52
Bakersfield, CA. 93302

Coalinga         Calif.
April 8, 1974

DEAR SIR:

Your \_\_\_\_\_ proposal to **abandon** \_\_\_\_\_ Well No. **"Silver Creek" 18**   **(019-20804)**
Section **33** T. **14S** R. **13E** M. D B. & M., ---- Field, **Fresno** County,
dated **4-5-74** , received **4-8-74** , has been examined in conjunction with records filed in this office.

**DECISION: THE PROPOSED WORK, ALREADY COMPLETED IN ACCORDANCE WITH PRIOR AGREEMENT, IS APPROVED.**

CHC:pf
cc: Company

JOHN F. MATTHEWS, JR., State Oil and Gas Supervisor

By _C. H. Corwin_ , Deputy

69207-705 12-72 36M ⊕ OSP

115

FORM 108. 43213-705 5-70 10M Ⓢ OSP

STATE OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

### Notice of Intention to Abandon Well
This notice must be given at least five days before work is to begin; one copy only

Bakersfield **Calif.** April 5, 19 74

DIVISION OF OIL AND GAS

In compliance with Division 3, Public Resources Code, notice is hereby given that it is our intention to abandon

Well No. "Silver Creek" 18 , Sec. 33 , T. 14 S.,

R. 13 E. **M. D.** B. & M., -- Field, Fresno County,

commencing work on April 5, 19 74 .

The present condition of the well is:

1. Total depth: 8698'

2. Complete casing record, including plugs:
9-5/8" casing cemented at 768'.
Drilled 8½" hole to 8698'

Reference to file of data

| Map | card | | |
|-----|------|-----|-----|
| ✓ | ✓ | 11 | 121 |
| | ✓ | ✓ | ✓ |

3. Last produced **Never**

(Date)   (Oil, B/D)   (Gas, Mcf/D)   (Water, B/D)

Additional data for dry hole

4. Oil or gas showings and results of tests:

None

DIVISION OF OIL AND GAS
R E C E I V E D
APR 8 1974
COALINGA, CALIFORNIA

5. Stratigraphic markers and depths:

6. Age of formation at bottom: Cretaceous
7. Base of fresh water sands: 1680'

The proposed work is as follows:

1. Fill hole with heavy drilling mud.

2. Plug 8½" open hole with 100 sacks of cement thru 4½" drill pipe hanging at 1700', calculated top of plug at 1375'. Division of Oil & Gas to witness location and hardness of cement plug.

3. Plug 8½" open hole and 9-5/8" surface casing with 55 sacks of cement thru 4½" drill pipe hanging at 800', calculated to fill to 635'. Division of oil and Gas to witness cementing operations.

4. Place a 25' cement plug at surface, weld a steel plate on top of 9-5/8" casing and abandon well.

Note: Above confirms telephone conversation on 4-5-74 between Eric Kaarlela, Division of Oil & Gas, and Ralph A. McGoey, engineer for Bender.

P. O. Box 52
Bakersfield, Ca. 93302
(Address)

(805) 831-7461
(Telephone No.)

E. A. BENDER, OPERATOR
(Name of Operator)

By _M. J. Frasch_ r.a.
M. J. Frasch, Agent

Form 136A

## MEMORANDUM OF TELEPHONE OR PERSONAL CONVERSATION
### (Proposed Well Operations)

Operator E.A. Bender, Opr.     Well No. "Silver Creek" 18

Field — Fresno Co.     Sec. 33 T. 14 S R. 13 E M.D. B&M
personal
A telephone conversation was held, concerning above well, with Mr. R. McGoy

Engineer     for above operator April 5     1974, at 0900 A M.

Details of the conversation were as follows:

Total depth     8696     Plugs None

Casing record 9 5/8" cem 750'

Oil or gas showings None

Results of tests Negative

Stratigraphic markers —

Geologic age at bottom —     Base of fresh water 1680'

Operator proposes the following work:

1. Plug from 1700' – 1375± 100 sx
2. Plug from 800' – 650± 55 sx

Additional requirements outlined:

Test of W.S.O. to be witnessed by D.O.G. at _____ By operator at _____

Plugs to be located by D.O.G. at 1600± or above By operator at 700± or above

Notice to be filed immediately (X) Yes ( ) Not necessary

Other data D.O.G. to witness placing of shoe plug

(Signed) E.V. Kaancila

Title Ass. Oil & Gas Eng.

Form 109

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## Report on Operations

No. T  574-56

Mr. Merlin J. Frasch, Agent
E. A. BENDER, OPERATOR
P O Box 52
Bakersfield, CA  93302

Coalinga, Calif.
March 26, 1974

DEAR SIR:

Operations at well No. "Silver Creek" 18 , API No. 019-20804 , Sec. 33 , T. 14S , R. 13E , M D , B & M. ---- Field, in Fresno County, were witnessed on March 24, 1974 , Mr. J. Miller , representative of the supervisor was present from 0930 to 1030 . There were also present R. Collins, Drilling Foreman

Present condition of well: 9-5/8" cem. 768'. (T.D. drilling 1232')

The operations were performed for the purpose of inspecting the blowout-prevention equipment and instalation.

DECISION: THE BLOWOUT-PREVENTION EQUIPMENT AND INSTALLATION ARE APPROVED.

JM:fd
cc: Company

JOHN F. MATTHEWS, JR.
State Oil and Gas Supervisor

By C. H. Corwin Deputy

FORM 109 (REV. 1-73)      10342-705 1-73 22M ⊕ OSP

T574-56

BOPE Memo

Operator _E. A. Bender Operator_
Well No. _"Silver Creek" 18 (019.20?-4_ Sec. _33_, T. _14ᵉ_, R. _13ᴱ_, _MD_ B&M
Field _____, County _Fresh?_ . On _March 24 1974_
Mr. _J. Miller_ , representative of the supervisor was present from _0930_
to _1030_ . There was also present _R. Collins, drilling foreman_
Casing record of well: _9⅝" cem. 768'. (T.D. drilling 1232')_

The operations were performed for the purpose of ~~testing~~ (inspecting) the blowout-prevention equipment and installation.

[X] The blowout-prevention equipment and installation are ~~(not)~~ approved.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Hole size: _13¾_" fr. _sur._ ' to _768_ ', _8½_" to _____' & _____" to _____'

| X | Installed Casing (BOPE Anchor) | | | | Cemented | | Top of Fill | | Tested Date | Psi | Time (Min.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Size | Wt. | Top | Bottom | Date | ~~MD~~ Depth | Volume | Annulus | Casing | | | |
| X | 9⅝ | 47# | sur. | 768' | 3-23-74 | 768 | 570 sk | surface | — | — | — | — |

Blowout Preventers

| | Types Enumerated Top to Bottom | Mfg.-Model | Overhaul Date | Flange Bolt | Clamp Size | Psi Rating | Psi Tested | Time Tested |
|---|---|---|---|---|---|---|---|---|
| X | Annular | Hydril | — | | | 3000 | 1500# | 15 min. |
| X | Pipe rams | Shaffer | — | — | | ✓ | ✓ | ✓ |
| X | Blind rams | Shaffer | — | — | | ✓ | ✓ | ✓ |

Accessories

| | Type | Psi Rating | Size or Capacity | X | Type | Psi Rating | Size or Capacity |
|---|---|---|---|---|---|---|---|
| X | Accumulator | | | | Choke line | | |
| X | Nitrogen bottle | | 3 ea. | ✓ | Fill-up line | 3000 | 2" |
| | Mud pump | | | ✓ | Kill line | ✓ | ✓ |
| X | Standpipe gauge | | N.A. | | Control lines | | |
| X | Check valve | | | | Rotating head | N.A. | N.A. |
| X | Inside BOP | | | | Banjo box & blow line | N.A. | N.A. |
| X | Kelly cock | | N.A. | | Muffler on blowline | N.A. | N.A. |
| X | Spool | | | | Pressure relief valve | | |

Drilling Fluid Program

| Type | Weight | Water Loss | Cake | Viscosity | Storage |
|---|---|---|---|---|---|
| | | | | | |

| BOPE Control Stations | | |
|---|---|---|
| Remote: | _derrick floor_ | |
| Remote: | | |
| Manual: | ✓ | _50_ |

| | | Alarm | |
|---|---|---|---|
| Monitoring Devices | | Yes | No |
| Calibrated mud pit | | | |
| Mud pit level indicator | | | |
| Gas detector | | | |
| Continuous (mud densimeter or    ) (temperature recorder) | | | |

Form 36 Rev. 5/72

FORM 111

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS

## REPORT ON PROPOSED OPERATIONS No. P 574-37

Mr. Merlin J. Frasch, Agent
E. A. BENDER, OPERATOR
P. O. Box 52
Bakersfield, CA 93302

Coalinga _____ Calif.
February 21, 1974

(019-20804)

DEAR SIR:

Your ___33___ proposal to ___drill___ Well No. "Silver Creek" 18 ,
Section 33 , T. 14S , R. 13E , M.D. B. & M., ———— Field, Fresno County,
dated 2-18-74 , received 2-21-74 , has been examined in conjunction with records filed in this office.

DECISION: THE PROPOSAL IS APPROVED PROVIDED THAT:

1. The 9-5/8" surface casing shall be cemented with sufficient cement to fill back of this casing from the shoe to the ground surface.
2. Mud fluid of sufficient weight and proper consistency to prevent blowouts shall be used in drilling, and the column of mud fluid shall be maintained to the surface at all times, particularly while pulling the drill pipe.
3. Blowout-prevention equipment shall consist of Class IV or API Class 3M-RSRA. A copy of the requirements is enclosed.
4. In the event that additional casing is cemented in the hole, one of the following operations shall be performed for the protection of fresh waters:
    a. Sufficient cement shall be used at the shoe of the casing to fill back of this casing to above the base of the fresh water sands, or
    b. The casing shall be cemented through perforations at the base of the fresh water sands.
5. This Division shall be consulted regarding the cementing of the additional casing before running it into the hole.
6. This Division shall be notified to witness:
    a. A pressure test of the blowout-prevention equipment on the 9-5/8" casing string prior to drilling below the shoe of the casing.
    b. A test of the water shut-off through four shot perforations immediately above the objective sand, prior to perforating the casing for production.

Note: Information on file with this office indicates that the base of the usable fresh water deposits should be encountered at a depth of approximately 1650'.

Blanket Bond
CHC:ef
cc: Company

JOHN F. MATTHEWS, JR., State Oil and Gas Supervisor

By _C. H. Corwin_____ , Deputy

115

89207-705 12-72 26M Ⓡ OSP

FORM 105

019-20804

P574-37

RESOURCES AGENCY OF CALIFORNIA
DEPARTMENT OF CONSERVATION

# DIVISION OF OIL AND GAS
## Notice of Intention to Drill New Well
### This notice and surety bond must be filed before drilling begins

13

Bakersfield, Calif.    February 18, 19 74

DIVISION OF OIL AND GAS    019 20804

In compliance with Section 3203, Division III, Article 4, Public Resources Code, notice is hereby given that it is our

intention to commence drilling well No. Silver Creek #18-(33) , Sec. (18) 33 , T. 14S ,

R. 13E , M. D. B. & M., Cheney Ranch Field, Fresno County.

Legal description of mineral-right lease, consisting of 160 acres, is as follows: _____

Southwest quarter Section 33 14S/13E M.D.B.&M.

(Attach map or plat to scale)

Do mineral and surface leases coincide? Yes X No _____ If answer is no, attach legal description of both
surface and mineral leases, and map or plat to scale.

Location of Well: 330' feet North along section line and 330' feet East
                  (Direction)                property                             (Direction)

at right angles to said line from the Southwest corner property corner of section 33

Elevation of ground above sea level 379 feet U.S.G.S. (Topo) datum.

All depth measurements taken from top of Kelly bushing which is 12 feet above ground.
                                      (Derrick Floor, Rotary Table or Kelly Bushing)

## PROPOSED CASING PROGRAM

| SIZE OF CASING INCHES A.P.I. | WEIGHT | GRADE AND TYPE | TOP | BOTTOM | CEMENTING DEPTHS |
|---|---|---|---|---|---|
| 9 5/8 | 47# | J-55 Used | Surface | 750 | Cement shoe to surface |
| Balance of casing program contingent on finding productive zone. D.O.G. to be advised before running additional casing. | | | | | |

Intended zone(s)
of completion: Moreno (cretaceous) 7200' + ?? Estimated total depth 7500'
               (Name)                        (Depth, top and bottom)

Blanket Bond #1-631-413 (Ohio Casualty)

FEB 21 1974

### It is understood that if changes in this plan become necessary we are to notify you immediately.

Address P. O. Box 52

Bakersfield, CA/ 93302

Telephone Number 871=7461

E. A. Bender, Operator
(Name of Operator)

By M. J. Frasch
M. J. Frasch

Type of Organization Individual
(Corporation, Partnership, Individual, etc.)

27537-705 7-64 20M △ OSP

## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2023, I arranged for the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

      Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Abigail Belscher
Abigail Belscher