# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 10, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Panoche Energy Center, LLC
           v. Environmental Protection Agency, et al.
           No. 24-719
           (Your No. 23-1268)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 3, 2025 and placed on the docket January 10, 2025 as No. 24-719.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst